# AFFIDAVIT IN SUPPORT

STATE OF DELAWARE : 
: SS.
COUNTY OF SUSSEX :

Your Affiant, being duly sworn does depose and say:

1. I am the attorney who filing this Chapter 11 Bankruptcy proceeding for APEX Hotel Group, Inc.

2. This is a small business case. This case is being filed as an emergency to stop the sale of Debtor's property located at 5245 West Irlo Bronson Memorial Highway, Kissimmee, Florida 34746 at public auction on March 15, 2011 at 11:00 a.m.

3. APEX Hotel Group, Inc. would be effectively shut down as a business should their property be sold at public auction on March 15, 2011. I do not anticipate any first day filings, or the assertion by any creditor of cash collateral rights.

_____(SEAL)
AFFFIANT / Gerry Gray, Esquire
Bar ID No. 2742

SWORN TO AND SUBSCRIBED before me this 14th day of **March, 2011**.

_____(SEAL)
NOTARY PUBLIC / Vicki A. Collins
My Commission Expires: **01/08/13**